J.P. MORGAN SECURITIES INC. et al., Appellants, v VIGILANT INSURANCE COMPANY et al., Respondents.

Submitted March 18, 2013; decided March 21, 2013

---

Motion by American Insurance Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

Chief Judge LIPPMAN taking no part.

---

In the Matter of VILMA LANCASTER et al., Appellants, v INCORPORATED VILLAGE OF FREEPORT et al., Respondents. (Proceeding No. 1.)

In the Matter of WILLIAM F. GLACKEN et al., Appellants, v INCORPORATED VILLAGE OF FREEPORT et al., Respondents. (Proceeding No. 2.)

Submitted February 11, 2013; decided March 21, 2013

---

Motion to dismiss appeal denied.